UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| BRACY E. ASHBY,          )<br>                          )<br>    Plaintiff,           )<br>                          )<br>v.                        )<br>                          )<br>PURDUE PHARMA, L.P.,      )<br>                          )<br>                          )<br>    Defendant.            )<br>                          ) | Docket No. 05-cv-29-P-S |

**ORDER ON PLAINTIFF'S REQUEST TO REOPEN THE CASE**

Before the Court is Plaintiff's Letter Motion (Docket # 31), which asserts that he never received Defendant's Motion for Summary Judgment and would have filed a response if he had received the Motion. Accepting these assertions, the Court treats this Letter Motion as both a motion seeking relief from judgment pursuant to Federal Rules of Civil Procedure 59(e) & 60(b) and a motion for reconsideration of the Court's Order Granting Summary Judgment (Docket # 29).

However, having considered Plaintiff's assertions in his Letter Motion as well as Defendant's assertions in its Response in Opposition to Plaintiff's Letter Motion (Docket # 32), the Court concludes there is no basis for reconsidering its ruling with respect to summary judgment and, therefore, no basis for altering or amending the judgment already entered in this matter. As the Court explained in its Order Granting Defendant's Motion for Summary Judgment, "[F]ollowing adequate time for discovery, Plaintiff has not offered any proof that would allow him to meet his burden of proof on his claims or

1

otherwise create a genuine issue of material fact regarding his allegations." See id. at 1-2 (citing Celeotex Corp. v. Catret, 477 U.S. 317, 322 (1986)). Nothing in Plaintiff's Letter Motion suggests that this conclusion is incorrect, nor is there any suggestion in the record that Plaintiff has the proof necessary to create a genuine issue of material fact regarding his allegations. Absent such proof, Plaintiff's very belated attempt to oppose summary judgment would be futile. In light of this conclusion and Plaintiff's failure to comply with various discovery deadlines and orders, the Court concludes that there is no just reason for re-opening this case in order to allow Plaintiff to file a belated response to Defendant's motion for summary judgment.

For this reasons, Plaintiff's Letter Motion (Docket # 31) is DENIED.

SO ORDERED.

   /s/ George Z. Singal
George Z. Singal
United States Chief District Judge

Dated on this 22nd day of September 2005.